B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Kudlacik, Todd W.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Kudlacik, Connie M.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0936** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8411** |
| Street Address of Debtor (No. and Street, City, and State):<br>**4760 Chesterfield Avenue**<br>**Rockford, IL**<br><div align="right">ZIP Code **61109**</div> | Street Address of Joint Debtor (No. and Street, City, and State):<br>**4760 Chesterfield Avenue**<br>**Rockford, IL**<br><div align="right">ZIP Code **61109**</div> |
| County of Residence or of the Principal Place of Business:<br>**Winnebago** | County of Residence or of the Principal Place of Business:<br>**Winnebago** |
| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor | Nature of Business | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| (Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined<br>in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br><br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition<br>of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity | Nature of Debts |
|---|---|---|
| Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding<br>by, regarding, or against debtor is pending: | (Check box, if applicable)<br>☐ Debtor is a tax-exempt organization<br>under Title 26 of the United States<br>Code (the Internal Revenue Code). | (Check one box)<br>☐ Debts are primarily consumer debts,<br>defined in 11 U.S.C. § 101(8) as<br>"incurred by an individual primarily for<br>a personal, family, or household purpose."<br>■ Debts are primarily<br>business debts. |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the<br>debtor is unable to pay fee except in installments. Rule 1006(b). See Official<br>Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates)<br>are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors,<br>in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid,<br>there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | OVER<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001<br>to $1<br>million | $1,000,001<br>to $10<br>million | $10,000,001<br>to $50<br>million | $50,000,001<br>to $100<br>million | $100,000,001<br>to $500<br>million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

B1 (Official Form 1)(12/11)                                                                                                    Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Kudlacik, Todd W.**<br>**Kudlacik, Connie M.** |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____<br>    Signature of Attorney for Debtor(s)          (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(12/11)

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
**Kudlacik, Todd W.**
**Kudlacik, Connie M.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Todd W. Kudlacik**
Signature of Debtor  **Todd W. Kudlacik**

X  **/s/ Connie M. Kudlacik**
Signature of Joint Debtor **Connie M. Kudlacik**

Telephone Number (If not represented by attorney)

**May  3, 2012**
Date

### Signature of Attorney*

X  **/s/ Jason H. Rock**
Signature of Attorney for Debtor(s)

**Jason H. Rock**
Printed Name of Attorney for Debtor(s)

**BARRICK SWITZER LAW OFFICE**
Firm Name

**6833 Stalter Drive**
**Rockford, IL 61108**

Address

Telephone Number

**May  3, 2012**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Todd W. Kudlacik**
       **Connie M. Kudlacik**

Debtor(s)

Case No. _____

Chapter  **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Todd W. Kudlacik**
                        **Todd W. Kudlacik**

Date:    **May  3, 2012**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Todd W. Kudlacik**
      **Connie M. Kudlacik**

Debtor(s)

Case No.

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ Connie M. Kudlacik**
                       **Connie M. Kudlacik**

Date:  **May 3, 2012**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Todd W. Kudlacik,**
      **Connie M. Kudlacik**                                  Case No. _____

                                         ,    Chapter _____**7**_____
                                          Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 804,384.00 | | |
| B - Personal Property | Yes | 3 | 20,087.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 546,585.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 1,800,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 33 | | 389,732.41 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 6,535.44 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,499.00 |
| Total Number of Sheets of ALL Schedules | | 48 | | | |
| | Total Assets | | 824,471.00 | | |
| | | Total Liabilities | | 2,736,317.41 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re      **Todd W. Kudlacik,**                                              Case No. _____
            **Connie M. Kudlacik**
_____ ,
                                    Debtors          Chapter _____ **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**
**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   **Todd W. Kudlacik,**                                    Case No. _____
        **Connie M. Kudlacik,**
                                                            ,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|:---:|---:|---:|
| **2111 Van Wie Avenue, Rockford, IL** | **Fee simple** | **J** | **85,746.00** | **60,229.00** |
| **605 Whitman Street, Rockford, IL** | **Fee simple** | **J** | **39,411.00** | **0.00** |
| **1406 N. Court Street, Rockford, IL** | **Fee simple** | **J** | **65,055.00** | **58,197.00** |
| **3223 Parkside Avenue, Rockford, IL** | **Fee simple** | **J** | **49,317.00** | **52,173.00** |
| **910 Hoban Avenue** | **Fee simple** | **J** | **76,203.00** | **59,320.00** |
| **2201 School Street** | **Fee simple** | **J** | **44,229.00** | **31,549.00** |
| **3127 W. State Street, Rockford, IL** | **Fee simple** | **J** | **1,983.00** | **6,533.00** |
| **203 Stewart Avenue, Rockford, IL** | **Fee simple** | **J** | **38,415.00** | **0.00** |
| **227 Stewart Avenue, Rockford, IL** | **Fee simple** | **J** | **40,395.00** | **16,369.00** |
| **503 16th Avenue, Rockford, IL** | **Fee simple** | **J** | **42,924.00** | **25,130.00** |
| **2238 9th Street, Rockford, IL** | **Fee simple** | **J** | **63,378.00** | **56,641.00** |
| **2124 11th Street, Rockford, IL** | **Fee simple** | **J** | **60,447.00** | **56,435.00** |
| **Commercial Real Property at 609, 1601, 1613 and 1619 Kishwaukee Street, Rockford, IL** | **Fee simple** | **J** | **156,705.00** | **74,009.00** |
| **601 Royal Avenue, Rockford, IL (TK Investment Group LLC)** | **Fee simple** | **J** | **22,543.00** | **25,000.00** |
| **936 Grant Avenue, Rockford, IL (TK Investment Group LLC)** | **Fee simple** | **J** | **17,633.00** | **25,000.00** |

|  |  |
|---|---|
| Sub-Total >   **804,384.00** | (Total of this page) |
| Total >   **804,384.00** |  |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

5/03/12  1:57PM

B6B (Official Form 6B) (12/07)

In re    **Todd W. Kudlacik,**                                                   Case No. _____
         **Connie M. Kudlacik**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

   **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 1.  Cash on hand | | **Cash on hand** | J | 25.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Riverside Bank personal checking account** | J | 10.00 |
| | | **US Bank personal checking account** | W | 200.00 |
| | | **US Bank personal savings account** | W | 100.00 |
| | | **State Bank of Davis Real Estate Section 8 account (TK Properties) - Balance unknown** | J | 0.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **ComEd security deposit** | J | 250.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **2 TV's; 1 DVD player; 1 laptop; 1 personal computer; bedroom furniture; 1 couch; 1 loveseat; chair; patio furniture set; and other random household articles** | J | 1,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Standard wearing apparel** | J | 1,000.00 |
| 7.  Furs and jewelry. | | **Costume jewelry** | W | 500.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >      **3,085.00**
(Total of this page)

  **2**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Todd W. Kudlacik,**                                              Case No. _____
         **Connie M. Kudlacik**

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% membership interest in TK Investment Group, LLC (defunct)** | J | 1.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Loans to friends** | H | 5,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Potential claim against State Bank of Davis for conversion of net closing proceeds from various rental property sales** | J | 1.00 |

                                                              Sub-Total >        5,002.00
                                                          (Total of this page)

Sheet  __1__  of  __2__  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Todd W. Kudlacik,**                                     Case No. _____
         **Connie M. Kudlacik**
         _____,
                              Debtors
# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|:---:|---|:---:|---:|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Ford F-350 King Ranch Dual Diesel** | H | 10,000.00 |
|  | | **2004 Lincoln Aviator** | W | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---:|
| Sub-Total > | 12,000.00 |
| (Total of this page) | |
| Total > | 20,087.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

In re   **Todd W. Kudlacik,**
      **Connie M. Kudlacik**

Case No. _____

                               ,
Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:
(Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

■ Check if debtor claims a homestead exemption that exceeds
$146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter
with respect to cases commenced on or after the date of adjustment.)*

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Cash on hand | 735 ILCS 5/12-1001(b) | 25.00 | 25.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| Riverside Bank personal checking account | 735 ILCS 5/12-1001(b) | 10.00 | 10.00 |
| US Bank personal checking account | 735 ILCS 5/12-1001(b) | 200.00 | 200.00 |
| US Bank personal savings account | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| State Bank of Davis Real Estate Section 8 account (TK Properties) - Balance unknown | 735 ILCS 5/12-1001(b) | 0.00 | 0.00 |
| **Security Deposits with Utilities, Landlords, and Others** | | | |
| ComEd security deposit | 735 ILCS 5/12-1001(b) | 250.00 | 250.00 |
| **Household Goods and Furnishings** | | | |
| 2 TV's; 1 DVD player; 1 laptop; 1 personal computer; bedroom furniture; 1 couch; 1 loveseat; chair; patio furniture set; and other random household articles | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Wearing Apparel** | | | |
| Standard wearing apparel | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Furs and Jewelry** | | | |
| Costume jewelry | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| **Stock and Interests in Businesses** | | | |
| 100% membership interest in TK Investment Group, LLC (defunct) | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| **Other Contingent and Unliquidated Claims of Every Nature** | | | |
| Potential claim against State Bank of Davis for conversion of net closing proceeds from various rental property sales | 735 ILCS 5/12-1001(b) | 1.00 | 1.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 2005 Ford F-350 King Ranch Dual Diesel | 735 ILCS 5/12-1001(c)<br>735 ILCS 5/12-1001(b) | 2,800.00<br>5,913.00 | 10,000.00 |
| 2004 Lincoln Aviator | 735 ILCS 5/12-1001(c) | 2,000.00 | 2,000.00 |

                                       Total:     **13,800.00**     **15,087.00**

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6D (Official Form 6D) (12/07)

In re  **Todd W. Kudlacik,**                                           Case No. _____
      **Connie M. Kudlacik**
                                                       ,
                             Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. **x0986**<br><br>**State Bank Of Davis**<br>**100 Route 75**<br>**Davis, IL 61019** | | | J | Opened  9/21/07  Last Active  7/21/11<br><br>**Commercial Real Estate loan secured by 609, 1601, 1613 and 1619 Kishwaukee Street, Rockford, IL** | | | | | |
| | | | | Value $                     **156,705.00** | | | | **74,009.00** | **0.00** |
| Account No. **x0984**<br><br>**State Bank Of Davis**<br>**100 Route 75**<br>**Davis, IL 61019** | | | J | Opened  9/21/07  Last Active  7/19/11<br><br>**Conventional/Real Estate Mortgage secured by 2111 Van Wie Avenue, Rockford, IL** | | | | | |
| | | | | Value $                     **85,746.00** | | | | **60,229.00** | **0.00** |
| Account No. **x1197**<br><br>**State Bank Of Davis**<br>**100 Route 75**<br>**Davis, IL 61019** | | | J | Opened  3/18/08  Last Active  4/01/09<br><br>**Conventional/Real Estate Mortgage secured by 910 Hoban Avenue, Rockford, IL** | | | | | |
| | | | | Value $                     **76,203.00** | | | | **59,320.00** | **0.00** |
| Account No. **x1768**<br><br>**State Bank Of Davis**<br>**100 Route 75**<br>**Davis, IL 61019** | | | J | Opened 10/19/09  Last Active  5/03/11<br><br>**Conventional/Real Estate Mortgage secured by 1406 N. Court Street, Rockford, IL** | | | | | |
| | | | | Value $                     **65,055.00** | | | | **58,197.00** | **0.00** |
|   **2**   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | **251,755.00** | **0.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re  **Todd W. Kudlacik,**            Case No. _____
       **Connie M. Kudlacik**
_____,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **x1352** <br><br> **State Bank Of Davis** <br> **100 Route 75** <br> **Davis, IL 61019** | | J | Opened 7/21/08 Last Active 5/18/11 <br><br> Conventional/Real Estate Mortgage secured by 2238 9th Street, Rockford, IL <br><br> Value $       63,378.00 | | | | 56,641.00 | 0.00 |
| Account No. **x0985** <br><br> **State Bank Of Davis** <br> **100 Route 75** <br> **Davis, IL 61019** | | J | Opened 9/21/07 Last Active 7/21/10 <br><br> Conventional/Real Estate Mortgage secured by 2124 11th Street, Rockford, IL <br><br> Value $       60,447.00 | | | | 56,435.00 | 0.00 |
| Account No. **x1767** <br><br> **State Bank Of Davis** <br> **100 Route 75** <br> **Davis, IL 61019** | | J | Opened 10/19/09 Last Active 2/28/12 <br><br> Conventional/Real Estate Mortgage secured by 3223 Parkside Avenue, Rockford, IL <br><br> Value $       49,317.00 | | | | 52,173.00 | 2,856.00 |
| Account No. **x1351** <br><br> **State Bank Of Davis** <br> **100 Route 75** <br> **Davis, IL 61019** | | J | Opened 7/21/08 Last Active 3/07/12 <br><br> Conventional/Real Estate Mortgage secured by 2201 School Street, Rockford, IL <br><br> Value $       44,229.00 | | | | 31,549.00 | 0.00 |
| Account No. **x1286** <br><br> **State Bank Of Davis** <br> **100 Route 75** <br> **Davis, IL 61019** | | J | Opened 5/22/08 Last Active 5/12/10 <br><br> Conventional/Real Estate Mortgage secured by 503 16th Avenue, Rockford, IL <br><br> Value $       42,924.00 | | | | 25,130.00 | 0.00 |

Sheet __1__ of __2__ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 221,928.00 | 2,856.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re     **Todd W. Kudlacik,**                                                          Case No. _____
            **Connie M. Kudlacik**
_____,
                                        Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. **9331** | | | | | Opened  2/05/05  Last Active  1/23/12 | | | | | |
| **State Bank Of Davis** **100 Route 75** **Davis, IL 61019** | | | | J | **Conventional/Real Estate Mortgage secured by 227 Stewart Avenue, Rockford, IL** | | | | | |
| | | | | | Value $                  **40,395.00** | | | | **16,369.00** | **0.00** |
| Account No. **8577** | | | | | Opened  1/24/04  Last Active  3/16/09 | | | | | |
| **State Bank Of Davis** **100 Route 75** **Davis, IL 61019** | X | | | J | **Real Estate loan secured by 3127 W. State Street, Rockford, IL** | | | | | |
| | | | | | Value $                   **1,983.00** | | | | **6,533.00** | **4,550.00** |
| Account No. | | | | | **Limited Liabilty Company loan secured by 601 Royal Avenue, Rockford, IL** | | | | | |
| **State Bank Of Davis** **100 Route 75** **Davis, IL 61019** | | | | J | | | | | | |
| | | | | | Value $                  **22,543.00** | | | | **25,000.00** | **2,457.00** |
| Account No. | | | | | **Limited Liabilty Company loan secured by 936 Grant Avenue, Rockford, IL** | | | | | |
| **State Bank Of Davis** **100 Route 75** **Davis, IL 61019** | | | | J | | | | | | |
| | | | | | Value $                  **17,633.00** | | | | **25,000.00** | **7,367.00** |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet  __2__  of  __2__  continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | **72,902.00** | **14,374.00** |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | **546,585.00** | **17,230.00** |

B6E (Official Form 6E) (4/10)

.

In re    **Todd W. Kudlacik,**                                        Case No. _____
         **Connie M. Kudlacik**
                                                                    ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

_* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

_____1_____    continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re **Todd W. Kudlacik,**          Case No. _____
      **Connie M. Kudlacik**
_____,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Internal Revenue Service Cincinnati, OH 45999-0038** | | J | **Estimated unpaid income taxes for 2007 and 2008** | | | | 1,800,000.00 | | 1,800,000.00 <br><br> 0.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | | |
|---|---|---|---|
| Subtotal | | 1,800,000.00 | |
| (Total of this page) | 1,800,000.00 | | 0.00 |
| Total | | 1,800,000.00 | |
| (Report on Summary of Schedules) | 1,800,000.00 | | 0.00 |

B6F (Official Form 6F) (12/07)

In re    **Todd W. Kudlacik,**                                                Case No. _____
         **Connie M. Kudlacik**
         _____ ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxx1432<br><br>**A Alliance Collection<br>4180 Rfd Route 83 Ste 20<br>Long Grove, IL 60047** | | H | **Opened 1/25/08  Last Active  8/19/08<br>Collection Norup Trenching** | | | | **5,363.00** |
| Account No. xxx8505<br><br>**A.R.M. Solutions, Inc.<br>PO Box 292<br>Camarillo, CA 93011-2929** | | H | **Collector for Rock River Disposal** | | | | **79.55** |
| Account No. xxx8765<br><br>**Aba<br>300 1/2 South 2nd<br>Clinton, IA 52733** | | W | **Opened 10/01/07  Last Active  8/01/11<br>Medical** | | | | **481.00** |
| Account No. xxxx83N2<br><br>**Account Recovery Services, Inc.<br>PO Box 2526<br>Loves Park, IL 61132** | | H | **Opened  8/01/09  Last Active  8/01/11<br>NOTICE ONLY - Collector for Rockford Cardiology, Rockford Cardiovascular and McDonald Chiropractic Clininc** | | | | **0.00** |
| __32__  continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | **5,923.55** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**                                Case No. _____
        **Connie M. Kudlacik**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx6183**<br><br>**Alliance One Inc**<br>**8589 Aero Drive**<br>**San Diego, CA 92123** | | H | Opened 1/21/11 Last Active 3/01/11<br>Collection McHenry County | | | | 111.00 |
| Account No. **xxxxxx7041**<br><br>**Allied Business Accounts, Inc.**<br>**300 1/2 South 2nd Street**<br>**PO Box 1600**<br>**Clinton, IA 52733-1230** | | W | Collector for Rockford Health System | | | | 480.70 |
| Account No. **xx9795**<br><br>**ALW Sourcing, LLC**<br>**1804 Washington Blvd.**<br>**Baltimore, MD 21230** | | J | Collector for Medclr, Inc. | | | | 829.00 |
| Account No. **xxxxxx0469**<br><br>**Amcore Bank N A**<br>**501 7th St**<br>**Rockford, IL 61104** | | J | Opened 9/17/07<br>DepositRelated | | | | 677.00 |
| Account No. **xxM458**<br><br>**Assetcare, Inc.**<br>**PO Box 15380**<br>**Wilmington, DE 19850-5380** | | H | NOTICE ONLY - Collector for Infinity | | | | 0.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 2,097.70 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd W. Kudlacik,**
     **Connie M. Kudlacik**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx7547**<br><br>**Associated Collectors Inc.**<br>**P.O. Box 816**<br>**Janesville, WI 53545-2913** | | J | **Opened 5/01/09 Last Active 4/01/12**<br>**01 Siepert Co Llp** | | | | 566.00 |
| Account No. **xxx7550**<br><br>**Associated Collectors Inc.**<br>**P.O. Box 816**<br>**Janesville, WI 53545-2913** | | J | **Opened 5/01/09 Last Active 4/01/12**<br>**01 Siepert Co Llp** | | | | 3,646.00 |
| Account No. **x2125**<br><br>**ATG Credit LLC**<br>**P.O. Box 14895**<br>**Chicago, IL 60614-4895** | | H | **NOTICE ONLY - Collector for Radiology Consultants of Rockford** | | | | 0.00 |
| Account No. **x4209**<br><br>**ATG Credit LLC**<br>**P.O. Box 14895**<br>**Chicago, IL 60614-4895** | | J | **NOTICE ONLY - Collector for Dr. Regina Bielkus** | | | | 0.00 |
| Account No.<br><br>**Attorney Craig Willette**<br>**1318 East State Street**<br>**Rockford, IL 61104** | | J | **Attorney for State Bank of Davis** | | | | 0.00 |

Sheet no. __2__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 4,212.00 |
|---|

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**
      **Connie M. Kudlacik,**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Attorney James M. Allen**<br>**Hinshaw & Culbertson, LLP**<br>**100 Park Avenue, PO Box 1389**<br>**Rockford, IL 61105-1389** | | J | **Attorney for Byron Bank (Foreclosure and vehicle repossession deficiency)** | | | | **70,000.00** |
| Account No.<br><br>**Attorney Shawn Fulbright**<br>**P.O. Box 1510**<br>**Rockford, IL 61110-0010** | | J | **Attorney for Kitzman's Ltd.** | | | | **0.00** |
| Account No. xxxxx3701<br><br>**Bureau of Recovery, LLC**<br>**7700 Irvine Center Drive**<br>**Suite 825**<br>**Irvine, CA 92618** | | H | **Opened 10/01/11  Last Active  2/01/12**<br>**NOTICE ONLY - Collector for Sprint** | | | | **0.00** |
| Account No.<br><br>**Byron Bank**<br>**P.O. Box 901**<br>**Byron, IL 61010-0901** | | J | **NOTICE ONLY** | | | | **0.00** |
| Account No. xxxx6000<br><br>**City of Rockford**<br>**425 East State Street**<br>**Rockford, IL 61104** | | J | **Utility services at 1406 N. Court** | | | | **157.60** |

Sheet no. __3___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**70,157.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd W. Kudlacik,**
    **Connie M. Kudlacik**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1027**<br><br>ComEd<br>P.O. Box 6111<br>Carol Stream, IL 60197-6111 | | H | Utility service for 601 Royal Avenue, Rockford, IL | | | | 85.33 |
| Account No. **xxxxxxx98N1**<br><br>Commonwealth Financial<br>237 N Main Street<br>Dickson City, PA 18519 | | H | Opened 11/13/11 Last Active 3/01/12<br>NOTICE ONLY - Collection Swedishamerican Hospital | | | | 0.00 |
| Account No. **xxxxxxx35N1**<br><br>Commonwealth Financial<br>237 N Main Street<br>Dickson City, PA 18519 | | H | Opened 1/03/12 Last Active 3/01/12<br>NOTICE ONLY - Collection Infinity Healthcare Phys Sc | | | | 0.00 |
| Account No. **xxxxxxx03N1**<br><br>Commonwealth Financial<br>237 N Main Street<br>Dickson City, PA 18519 | | H | Opened 1/02/12 Last Active 3/01/12<br>NOTICE ONLY - Collection Infinity Healthcare Phys Sc | | | | 0.00 |
| Account No. **xxxxxxx55N1**<br><br>Commonwealth Financial<br>237 N Main Street<br>Dickson City, PA 18519 | | H | Opened 11/13/11 Last Active 2/01/12<br>NOTICE ONLY - Collection Swedishamerican Hospital | | | | 215.00 |

Sheet no. __4__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    300.33

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**                                                    Case No. _____
         **Connie M. Kudlacik**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx5271**<br><br>**Convergent Healthcare Recoveries**<br>**PO Box 805184**<br>**Dept. 0102**<br>**Kansas City, MO 64180-5184** | | J | **Collector for South Ridge Prompt Care** | | | | 93.00 |
| Account No. **xxxxxx0623**<br><br>**Crd Prt Asso**<br>**One Galleria Tower**<br>**13355 Noel Road S**<br>**Dallas, TX 75240** | | W | **Opened  2/01/09  Last Active  5/01/09**<br>**11 Comcast Communications** | | | | 319.00 |
| Account No. **xxxxxxx-xx1231**<br><br>**Credit Management Control**<br>**PO Box 1654**<br>**Green Bay, WI 54305** | | H | **NOTICE ONLY - Collector for Infinity Healthcare** | | | | 0.00 |
| Account No.<br><br>**Creditors Protection Service**<br>**202 W. State St., Ste. 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0615** | | H | **NOTICE ONLY - Collector Swedish American Health System account #376450, 676467, 376485, 376594, 677046, 371899, 422629, .....** | | | | 0.00 |
| Account No. **xxxxxxxxxxxx7207**<br><br>**Creditors Protection Service**<br>**202 W. State St. Ste., 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0615** | | H | **Opened 12/12/11  Last Active  2/01/12**<br>**NOTICE ONLY - Collection Rockford Anesthesiologists** | | | | 0.00 |

Sheet no. __5___ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

412.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd W. Kudlacik,**
      **Connie M. Kudlacik**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. xxxxxx0483<br><br>**Creditors Protection Service**<br>**202 W. State St., Ste. 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0615** | | H | | | **Opened 10/15/07**<br>**Collection Rockford Anesthesiologists** | | | | 1,500.00 |
| Account No. xxxxxxxxxxx5754<br><br>**Creditors Protection Service**<br>**202 W. State St., Ste. 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0615** | | H | | | **Opened 5/06/11 Last Active 9/01/11**<br>**Collection Swedishamerican Health System** | | | | 369.00 |
| Account No. xxxxxxxxxxx5789<br><br>**Creditors Protection Service**<br>**202 W. State St., Ste. 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0615** | | H | | | **Opened 5/06/11 Last Active 9/01/11**<br>**Collection Swedishamerican Health System** | | | | 250.00 |
| Account No. xxxxxxxxxxx8252<br><br>**Creditors Protection Service**<br>**202 W. State St., Ste. 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0615** | | H | | | **Opened 8/05/11 Last Active 10/01/11**<br>**Collection Swedishamerican Health System** | | | | 215.00 |
| Account No. xxxxxxxxxxx5790<br><br>**Creditors Protection Service**<br>**202 W. State St., Ste. 300**<br>**PO Box 4115**<br>**Rockford, IL 61110-0615** | | H | | | **Opened 5/06/11 Last Active 9/01/11**<br>**Collection Swedishamerican Health System** | | | | 83.00 |

Sheet no. __6__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,417.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**                                                        Case No. _____
         **Connie M. Kudlacik**
_____,
                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxxx5489** | | | Opened 10/15/07 Last Active 5/01/09 Collection Rockford Anesthesiologists | | | | |
| **Creditors Protection Service 202 W. State St., Ste. 300 PO Box 4115 Rockford, IL 61110-0615** | | J | | | | | 1,500.00 |
| Account No. **xxxxxxxxxxx5982** | | | Opened 4/28/09 Last Active 8/01/09 Collection Rockford Anesthesiologists | | | | |
| **Creditors Protection Service 202 W. State St., Ste. 300 PO Box 4115 Rockford, IL 61110-0615** | | W | | | | | 1,485.00 |
| Account No. **xxxxxxxxxxx4760** | | | Opened 10/11/07 Last Active 5/01/09 Collection Rockford Health Physicians | | | | |
| **Creditors Protection Service 202 W. State St., Ste. 300 PO Box 4115 Rockford, IL 61110-0615** | | J | | | | | 549.00 |
| Account No. **xxxxxxxxxxx3706** | | | Opened 8/28/06 Last Active 5/01/09 Collection Medical Pain Management Svc | | | | |
| **Creditors Protection Service 202 W. State St., Ste. 300 PO Box 4115 Rockford, IL 61110-0615** | | J | | | | | 451.00 |
| Account No. **xxxxxxx8971** | | | Opened 2/19/06 Last Active 7/09/08 CreditCard | | | | |
| **Discover Financiaql Service LLC P.O. Box 15316 Wilmington, DE 19850-5316** | | H | | | | | 9,023.00 |

Sheet no. __7__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

13,008.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**                                          Case No. _____
         **Connie M. Kudlacik**
_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx5303**<br><br>**Diversified Adjustment Service, Inc**<br>**600 Coon Rapids Blvd.**<br>**Coon Rapids, MN 55433** | | H | **NOTICE ONLY - Collector for Sprint** | | | | 0.00 |
| Account No. **xxx7927**<br><br>**Eagle Recovery Associates, Inc.**<br>**424 SW Washington Street**<br>**3rd Floor**<br>**Peoria, IL 61602** | | H | **NOTICE ONLY - Collector for KSB Hospital** | | | | 0.00 |
| Account No. **xxxxx1869**<br><br>**Edgebrook Dermatology, PC**<br>**PO Box 1686**<br>**Rockford, IL 61110-0186** | | J | **Medical bills** | | | | 25.00 |
| Account No. **xxxxxxxxx6441**<br><br>**Emc Mortgage**<br>**Po Box 293150**<br>**Lewisville, TX 75029** | | H | **Opened 8/12/03 Last Active 9/29/08**<br>**ConventionalRealEstateMortgage** | | | | **Unknown** |
| Account No. **xxxx8470**<br><br>**Enhanced Recovery Co L**<br>**8014 Bayberry Rd**<br>**Jacksonville, FL 32256** | | H | **Opened 9/01/10 Last Active 2/01/12**<br>**NOTICE ONLY - Collector for US Cellular** | | | | 0.00 |

Sheet no. __**8**___ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **25.00**

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**                                    Case No. _____
         **Connie M. Kudlacik**
_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx3491** <br><br> **Enhanced Recovery Co L** <br> **8014 Bayberry Rd** <br> **Jacksonville, FL 32256** | | H | Opened 1/25/11 <br> Collection Dish Network | | | | 32.00 |
| Account No. **xxxxx2645** <br><br> **Erie Insurance** <br> **100 Erie Insurance Place** <br> **Erie, PA 16530** | | J | Auto insurance | | | | 227.00 |
| Account No. <br><br> **Firestone Complete Auto Care** <br> **1615 South Alpine Road** <br> **Rockford, IL 61108** | | J | Vehicle service <br> TK Properties | | | | 1,046.19 |
| Account No. **xxx3770** <br><br> **Firstsource Advantage** <br> **7650 Magna Dr** <br> **Belleville, IL 62223** | | W | Opened 8/29/06 Last Active 4/01/11 <br> Collection Rockford Ambulatory Surgery Ce | | | | 1,200.00 |
| Account No. **x9989** <br><br> **Forest City Diagnostic Imaging Corp** <br> **9960 W. 191st Street, Suite A** <br> **Mokena, IL 60448** | | H | Medical bills | | | | 319.60 |

Sheet no. __9__ of __32__ sheets attached to Schedule of              Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)      2,824.79

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd W. Kudlacik,**  Case No. _____
        **Connie M. Kudlacik,**
_____ ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **xxxxxx8590** | | | W | | **Auto Insurance** | | | | |
| **Founders Insurance Company** **1645 E. Birchwood Avenue** **Des Plaines, IL 60018-3003** | | | | | | | | | 817.53 |
| Account No. **xxx4408** | | H | | | Opened  8/23/10 **NOTICE ONLY - Collection US Cellular Corporation** | | | | |
| **H E Stark Agency** **6425 Odana Rd** **Madison, WI 53719** | | | | | | | | | 0.00 |
| Account No. **8164** | | H | | | **Animal medical services** | | | | |
| **Hillcrest Animal Hospital** **227 N. Alpine Road** **Rockford, IL 61107** | | | | | | | | | 212.07 |
| Account No. **xxxxxxx8-1-99** | | H | | | **NOTICE ONLY - Collector for US Cellular** | | | | |
| **I.C. System, Inc.** **444 Highway 96 East** **P.O.I Box 64437** **Saint Paul, MN 55164-0437** | | | | | | | | | 0.00 |
| Account No. **xx0030** | | H | | | **Medical bills** | | | | |
| **Illinois Dept. of Human Services** **Cash Management Unit** **100 South Grand Avenue** **Springfield, IL 62762** | | | | | | | | | 1,120.00 |

Sheet no. __**10**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                2,149.60

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**    Case No. _____
**Connie M. Kudlacik**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx5367**<br><br>**Infinity Healthcare Physicians, PC**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | H | Medical bills | | | | 297.00 |
| Account No. **xx-xxx2904**<br><br>**Infinity Healthcare Physicians, PC**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | H | Medical bills | | | | 469.00 |
| Account No. **xx-xxx7823**<br><br>**Infinity Healthcare Physicians, PC**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | H | Medical bills | | | | 700.00 |
| Account No. **xx-xxx7679**<br><br>**Infinity Healthcare Physicians, PC**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | H | Medical bills | | | | 32.40 |
| Account No. **xx-xxx0890**<br><br>**Infinity Healthcare Physicians, PC**<br>**PO Box 3261**<br>**Milwaukee, WI 53201-3261** | | H | Medical bills | | | | 215.00 |

Sheet no. __11__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,713.40**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**    Case No. _____
        **Connie M. Kudlacik**
_____,
                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-xxx5404** <br><br> **Infinity Healthcare Physicians, PC** <br> **PO Box 3261** <br> **Milwaukee, WI 53201-3261** | | H | Medical bills | | | | 634.00 |
| Account No. **xxx5357** <br><br> **KSB Hospetal** <br> **PO Box 737** <br> **Dixon, IL 61021-0737** | | H | Medical bills | | | | 240.60 |
| Account No. **xxxxO000** <br><br> **McDonald Chiropractic Clinic** <br> **PO Box 16141** <br> **Loves Park, IL 61132** | | H | Medical bills | | | | 50.00 |
| Account No. **xxxx0207** <br><br> **Multi-Township EMS Corp.** <br> **PO Box 736** <br> **Warsaw, IN 46581-0736** | | H | Medical bills | | | | 1,042.00 |
| Account No. **x0023** <br><br> **Mutual Management Services, Inc.** <br> **401 East State Street, 2nd Floor** <br> **P.O. Box 4777** <br> **Rockford, IL 61110-4777** | | H | NOTICE ONLY - Collection Northern Illinois Imaging | | | | 0.00 |

Sheet no. __12__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

         Subtotal
      (Total of this page)      **1,966.60**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd W. Kudlacik,**
     **Connie M. Kudlacik**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **xxxxx3807**  Mutual Management Services, Inc. 401 East State Street, 2nd Floor P.O. Box 4777 Rockford, IL 61110-4777 | | H | | | NOTICE ONLY - Collection Swedish American Mso  Inc | | | | 0.00 |
| Account No. **xxxxxxx - x4078**  Mutual Management Services, Inc. 401 East State Street, 2nd Floor P.O. Box 4777 Rockford, IL 61110-4777 | | J | | | Opened 10/03/07  Last Active  1/01/09 NOTICE ONLY - Collection Northern Illinois Scanning | | | | 0.00 |
| Account No. **xx0883**  Mutual Management Services, Inc. 401 East State Street, 2nd Floor P.O. Box 4777 Rockford, IL 61110-4777 | | J | | | NOTICE ONLY -Collection Swedish American MSO | | | | 0.00 |
| Account No. **xxx3223**  Mutual Management Services, Inc. 401 East State Street, 2nd Floor P.O. Box 4777 Rockford, IL 61110-4777 | | W | | | Opened  5/08/07  Last Active  1/01/10 Collection Swedishamerican Hosp O/P | | | | 134.00 |
| Account No. **xxxxx2077**  Mutual Management Services, Inc. 401 East State Street, 2nd Floor P.O. Box 4777 Rockford, IL 61110-4777 | | J | | | NOTICE ONLY - Collector for Swedish American  Medical Group | | | | 0.00 |

Sheet no. __**13**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

134.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**
      **Connie M. Kudlacik**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx1869**<br><br>**Mutual Management Services, Inc.**<br>**401 East State Street, 2nd Floor**<br>**P.O. Box 4777**<br>**Rockford, IL 61110-4777** | | H | **NOTICE ONLY - Collector for Edgebrook Dermatology** | | | | 0.00 |
| Account No. **xxxxx7667**<br><br>**Mutual Management Services, Inc.**<br>**401 East State Street, 2nd Floor**<br>**P.O. Box 4777**<br>**Rockford, IL 61110-4777** | | W | **NOTICE ONLY - Collector for Swedish American MSO** | | | | 0.00 |
| Account No. **xxxxxx9121**<br><br>**Mutual Management Services, Inc.**<br>**401 East State Street, 2nd Floor**<br>**P.O. Box 4777**<br>**Rockford, IL 61110-4777** | | J | **NOTICE ONLY - Collector for Swedish American Hospital** | | | | 0.00 |
| Account No. **xxxx0608**<br><br>**Nationwide**<br>**5503 Cherokee Av S**<br>**Alexandria, VA 22312** | | H | **Opened  2/01/12  Last Active  4/01/12 Medical** | | | | 469.00 |
| Account No. **xxxx0607**<br><br>**Nationwide**<br>**5503 Cherokee Av S**<br>**Alexandria, VA 22312** | | H | **Opened  2/01/12  Last Active  4/01/12 Medical** | | | | 297.00 |

Sheet no. __**14**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

766.00

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd W. Kudlacik,**
    **Connie M. Kudlacik**                                          Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx8955, xx6080, xx8635, xx3603** <br><br>**Nationwide Credit Corp**<br>**5503 Cherokee Ave**<br>**PO Box 9156**<br>**Alexandria, VA 22312** | | H | **NOTICE ONLY - Collection Infinity Healthcare Physicians** | | | | 0.00 |
| Account No. **xxxx8816, xxxx3435** <br><br>**NCC**<br>**245 Main Street**<br>**Dickson City, PA 18519-1641** | | H | **NOTICE ONLY - Collector for Infinity Healthcare** | | | | 0.00 |
| Account No. **xxxx8315** <br><br>**NCC**<br>**245 Main Street**<br>**Dickson City, PA 18519-1641** | | W | **Collector for Infinity Healthcare** | | | | 376.00 |
| Account No. **xxM188** <br><br>**NCO Financial Systems**<br>**P.O Box 15391**<br>**Wilmington, DE 19850-5391** | | H | **Collector for Frontier Communications** | | | | 240.24 |
| Account No. **xx76UF** <br><br>**NCO Financial Systems**<br>**P.O. Box 17095**<br>**Wilmington, DE 19850-7095** | | H | **NOTICE ONLY - Collecotr for Infinity Healthcare** | | | | 0.00 |

Sheet no. __15__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **616.24**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd W. Kudlacik,**
        **Connie M. Kudlacik,**

Case No. _____

_____,
             Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx38DT**<br><br>**NCO Financial Systems**<br>**P.O. Box 17095**<br>**Wilmington, DE 19850-7095** | | W | **NOTICE ONLY - Collector for Infinity Healthcare** | | | | 0.00 |
| Account No. **xx-xx-xx-x683 3**<br><br>**Nicor Gas**<br>**PO Box 0632**<br>**Aurora, IL 60507-0632** | | H | **Utility service for 315 Morningside Drive, Rockford, IL** | | | | 2,936.37 |
| Account No. **xx-xx-xx-6150**<br><br>**Nicor Gas**<br>**PO Box 310**<br>**Aurora, IL 60507-0310** | | H | **Utility service for 601 Royal Avenue, Rockford, IL** | | | | 34.50 |
| Account No. **x0023**<br><br>**Northern Illinois Imaging**<br>**PO Box 1790**<br>**Brookfield, WI 53008-1790** | | J | **Medical bills** | | | | 4,149.00 |
| Account No. **xx-xx-x902-1**<br><br>**OSF Lifeline Ambulance, LLC**<br>**318 Roxbury Road**<br>**Rockford, IL 61107-5090** | | H | **Medical bills** | | | | 600.00 |

Sheet no. __**16**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,719.87

B6F (Official Form 6F) (12/07) - Cont.

In re __Todd W. Kudlacik,__                                                                  Case No. _____
      __Connie M. Kudlacik__
                                                   ,
                                     Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx7484**<br><br>**OSF Medical Group**<br>**PO Box 91011**<br>**Chicago, IL 60680-8807** | | H | **Medical bills** | | | | **50.60** |
| Account No. **xxx2377**<br><br>**OSF St. Anthony Medical Center**<br>**PO Box 5065**<br>**Rockford, IL 61125-0065** | | H | **Medical bills** | | | | **70.42** |
| Account No. **xxxx1540**<br><br>**Penn Credit**<br>**916 S. 14th Street**<br>**PO Box 988**<br>**Harrisburg, PA 17108-0988** | | H | **NOTICE ONLY - Collector for Frontier Communications** | | | | **0.00** |
| Account No. **xxxxxxx-xx0108**<br><br>**Professional Recovery Consultants**<br>**PO Box 51187**<br>**Durham, NC 27717-1187** | | H | **NOTICE ONLY - Collector for Infinity Healthcare** | | | | **0.00** |
| Account No. **xxxxxx1502**<br><br>**R & B Receivables Management**<br>**860 S. Nothpoint Blvd.**<br>**Waukegan, IL 60085** | | H | **Opened  7/08/08**<br>**Collection Swedish American Hospital** | | | | **13,388.00** |

Sheet no. __17__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal              | **13,509.02**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**    Case No. _____
         **Connie M. Kudlacik**
_____,
                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0682**<br><br>**R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085** | | H | Opened  5/06/09<br>**Collection Swedish American Hospital** | | | | 10,237.00 |
| Account No. **xxxxxx1371**<br><br>**R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085** | | H | Opened  7/08/08<br>**Collection Swedish American Hospital** | | | | 5,672.00 |
| Account No. **xxxxxx0754**<br><br>**R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085** | | H | Opened  9/08/09<br>**Collection Swedish American Hospital** | | | | 4,182.00 |
| Account No. **xxxxxx0680**<br><br>**R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085** | | H | Opened  5/06/09<br>**Collection Swedish American Hospital** | | | | 3,983.00 |
| Account No. **xxxxxx0679**<br><br>**R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085** | | H | Opened  5/06/09<br>**Collection Swedish American Hospital** | | | | 2,764.00 |

Sheet no. __**18**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

26,838.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd W. Kudlacik,**                          Case No. _____

       **Connie M. Kudlacik**

_____ ,

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx2099**<br><br>R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085 | | H | Opened 7/08/08<br>Collection Swedish American Hospital | | | | 2,190.00 |
| Account No. **xxxxxx2582**<br><br>R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085 | | H | Opened 9/07/10<br>Collection Swedish American Hospital | | | | 1,861.00 |
| Account No. **xxxxxx2551**<br><br>R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085 | | H | Opened 9/07/10<br>Collection Swedish American Hospital | | | | 1,589.00 |
| Account No. **xxxxxx1339**<br><br>R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085 | | H | Opened 7/08/08<br>Collection Swedish American Hospital | | | | 1,320.00 |
| Account No. **xxxxxx0002**<br><br>R & B Receivables Management<br>860 S. Nothpoint Blvd.<br>Waukegan, IL 60085 | | H | Opened 11/07/07<br>Collection Swedish American Hospital | | | | 1,019.00 |

Sheet no. __19__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **7,979.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**
         **Connie M. Kudlacik,**                                        Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1323** <br><br> **R & B Receivables Management** <br> **860 S. Nothpoint Blvd.** <br> **Waukegan, IL 60085** | | H | | Opened  7/08/08 <br> Collection Swedish American Hospital | | | | 613.00 |
| Account No. **xx4870** <br><br> **R & B Receivables Management** <br> **860 S. Nothpoint Blvd.** <br> **Waukegan, IL 60085** | | H | | Opened 10/01/11  Last Active 12/01/11 <br> Collection Swedish American Hospital | | | | 110.00 |
| Account No. **xxxxxxx85-ER** <br><br> **R.M.S.** <br> **77 Hartland Street, Suite 401** <br> **PO Box 280431** <br> **East Hartford, CT 06128-0431** | | J | | NOTICE ONLY - Collector for Erie Insurance | | | | 0.00 |
| Account No. **x2125** <br><br> **Radiology Consultants of Rockford** <br> **P.O. Box 4542** <br> **Rockford, IL 61110-4542** | | H | | Medical bills | | | | 58.00 |
| Account No. **x0299** <br><br> **Radiology Consultants of Rockford** <br> **P.O. Box 4542** <br> **Rockford, IL 61110-4542** | | H | | Medical bills | | | | 47.00 |

Sheet no. __20__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

828.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd W. Kudlacik,**
      **Connie M. Kudlacik**                                   Case No. _____

_____ ,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **x4209** <br><br> Regina B. Bielkus MD LLC <br> PO Box 967 <br> Tinley Park, IL 60477-0967 | | H | Medical bills | | | | 132.20 |
| Account No. **xx8063** <br><br> Rock River Disposal <br> PO Box 554044 <br> Detroit, MI 48255-4044 | | H | Utility service | | | | 79.47 |
| Account No. **xx5612** <br><br> Rockford Anesthesiologists <br> PO Box 4569 <br> Rockford, IL 61110-4569 | | H | Medical bills | | | | 6,150.00 |
| Account No. **xxx x2083** <br><br> Rockford Associated Pathologists <br> PO Box 71082 <br> Chicago, IL 60694-1082 | | H | Medical bills | | | | 22.00 |
| Account No. **x7965** <br><br> Rockford Cardiovascular Associates <br> P.O. Box 8410 <br> Rockford, IL 61126-8410 | | H | Medical bills | | | | 22.00 |

Sheet no. __21__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                          Subtotal
           (Total of this page)        6,405.67

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd W. Kudlacik,**
        **Connie M. Kudlacik**                                         Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xx9166** <br><br> **Rockford Mercantile** <br> **2502 S Alpine Rd** <br> **Rockford, IL 61108** | | H | | Opened  5/01/09  Last Active  6/01/09 <br> Collection Cty Of Rkfd/Prop Fines From Co | | | | 6,500.00 |
| Account No. **xx5285** <br><br> **Rockford Mercantile** <br> **2502 S Alpine Rd** <br> **Rockford, IL 61108** | | H | | Opened 12/05/07 <br> Collection Rockford E.A.S. | | | | 713.00 |
| Account No. **xx7764** <br><br> **Rockford Mercantile** <br> **2502 S Alpine Rd** <br> **Rockford, IL 61108** | | H | | NOTICE ONLY - Collection Osf Lifeline Ambulance  LLC | | | | 600.00 |
| Account No. **xx4957** <br><br> **Rockford Mercantile** <br> **2502 S Alpine Rd** <br> **Rockford, IL 61108** | | H | | Opened  7/28/09  Last Active  9/01/09 <br> Collection Cty Of Rkfd Ambulance/Med 3000 | | | | 375.00 |
| Account No. **xx2104** <br><br> **Rockford Mercantile** <br> **2502 S Alpine Rd** <br> **Rockford, IL 61108** | | H | | Opened  1/30/12  Last Active  3/01/12 <br> Collection City Of Rockford/Water Billing | | | | 322.00 |

Sheet no. __22__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,510.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd W. Kudlacik,**                                                    Case No. _____
**Connie M. Kudlacik**
_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx6313**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | H | Opened  9/30/10  Last Active 11/01/10<br>**NITOCE ONLY - Collection Hillcrest Animal Hosp** | | | | 0.00 |
| Account No. **xx3281**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | H | Opened  2/08/10  Last Active  4/01/10<br>**Collection Cty Of Rkfd/Parking Tickets** | | | | 200.00 |
| Account No. **xx2305**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | H | Opened  4/03/09<br>**Collection M.H.R.C.** | | | | 125.00 |
| Account No. **xx3280**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | H | Opened  2/08/10  Last Active  4/01/10<br>**Collection Cty Of Rkfd/Parking Tickets** | | | | 100.00 |
| Account No. **xx6930**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | H | Opened  7/10/09<br>**Collection Cty Of Rkfd/Parking Tickets** | | | | 100.00 |

Sheet no. __**23**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

525.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**
        **Connie M. Kudlacik,**

Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J | J C | | | | | |
| Account No. **xx7210**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | H | | | **Opened 7/10/09**<br>**Collection Cty Of Rkfd/Parking Tickets** | | | | 100.00 |
| Account No. **xx2143**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | H | | | **Opened 5/05/09**<br>**Collection Cty Of Rkfd/Parking Tickets** | | | | 100.00 |
| Account No. **xxx763-1, xx8247**<br><br>**Rockford Mercantile**<br>**2502 S Alpine Rd**<br>**Rockford, IL 61108** | | H | | | **NOTICE ONLY - Collector for Rockford Radiology** | | | | 0.00 |
| Account No. **x9989**<br><br>**Rockford Open MRI**<br>**PO Box 3090**<br>**Dept. 5298**<br>**Milwaukee, WI 53201** | | H | | | **Medical bills** | | | | 319.60 |
| Account No. **xxx x4173**<br><br>**Rockford Radiology Assoc.**<br>**P.O. Box 1790**<br>**Brookfield, WI 53008-1790** | | H | | | **Medical bills** | | | | 35.00 |

Sheet no. __24__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

554.60

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**
        **Connie M. Kudlacik,**
                                                                Case No. _____
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx2005 | | | Opened 6/11/10 Last Active 10/01/11 Collection American Express Bank Fsb | | | | |
| Second Round Lp 4150 Friedrich Lane Suit Austin, TX 78744 | | H | | | | | 4,432.00 |
| Account No. xxx8232 | | | Insurance coverage | | | | |
| Secura Insurance Companies PO Box 819 Appleton, WI 54912-0819 | | H | | | | | 349.00 |
| Account No. xxxxx5303 | | | Telephone service | | | | |
| Sprint P.O. Box 4191 Carol Stream, IL 60197-4191 | | H | | | | | 844.52 |
| Account No. 814 | | | Opened 8/01/03 Last Active 12/01/03 Automobile | | | | |
| St Bk Davis 100 Rte 75 Davis, IL 61019 | | W | | | | | Unknown |
| Account No. xxxxxxx9673 | | | Medical bills | | | | |
| Swedish American Hospital PO Box 310283 Des Moines, IA 50331-0283 | | H | | | | | 80,252.06 |

Sheet no. __25__ of __32__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **85,877.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd W. Kudlacik,**
    **Connie M. Kudlacik**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1304**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | Medical bills | | | | 1,861.48 |
| Account No. **xxxxxxxx1601**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | Medical bills | | | | 1,855.97 |
| Account No. **xxxxxxxx2441**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | Medical bills | | | | 1,054.87 |
| Account No. **xxxxxxx9590**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | Medical bills | | | | 3,451.00 |
| Account No. **xxxxxxx6014**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | 9/19/2011<br>Medical bills | | | | 175.55 |

Sheet no. __26__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,398.87

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**
    **Connie M. Kudlacik**

Case No. _____

_____ ,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx5333** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines, IA 50331-0283** | | H | **9/18/2011** <br> **Medical bills** | | | | 1,982.67 |
| Account No. **xxxxxxxx4358** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines, IA 50331-0283** | | H | **9/12/2011** <br> **Medical bills** | | | | 7,021.53 |
| Account No. **xxxxxxxx9712** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines, IA 50331-0283** | | H | **7/31/2011** <br> **Medical bills** | | | | 2,726.79 |
| Account No. **xxxxxxx9673** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines, IA 50331-0283** | | H | **7/28/2011** <br> **Medical bills** | | | | 2,042.40 |
| Account No. **xxxxxxx9749** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines, IA 50331-0283** | | H | **7/28/2011** <br> **Medical bills** | | | | 653.55 |

Sheet no. __27__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

14,426.94

B6F (Official Form 6F) (12/07) - Cont.

In re    **Todd W. Kudlacik,**
    **Connie M. Kudlacik**                                      Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx6317**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | | **7/8/2011**<br>**Medical bills** | | | | **65,649.57** |
| Account No. **xxxxxxx6328**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | | **2/18/2011**<br>**Medical bills** | | | | **66.45** |
| Account No. **xxxxxxx4381**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | | **2/17/2011**<br>**Medical bills** | | | | **200.00** |
| Account No. **xxxxxxx4950**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | | **2/11/2011**<br>**Medical bills** | | | | **295.72** |
| Account No. **xxxxxxx1601**<br><br>**Swedish American Hospital**<br>**PO Box 310283**<br>**Des Moines, IA 50331-0283** | | H | | **1/10/2011**<br>**Medical bills** | | | | **1,560.25** |

Sheet no. __28__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**67,771.99**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Todd W. Kudlacik,**
       **Connie M. Kudlacik,**
                                         ,

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxx1304** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines, IA 50331-0283** | | H | **4/29/2011** <br> **Medical bills** | | | | 1,861.48 |
| Account No. **xxxxxxxx9590** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines, IA 50331-0283** | | H | **4/28/2010** <br> **Medical bills** | | | | 1,589.52 |
| Account No. **xxxxx9121** <br><br> **Swedish American Hospital** <br> **PO Box 310283** <br> **Des Moines, IA 50331-0283** | | J | **Medical bills for Kayla Watson** | | | | 133.56 |
| Account No. **xxxxx2077** <br><br> **Swedish American Medical Group** <br> **P.O. Box 1567** <br> **Rockford, IL 61110-0067** | | J | **Medical bills for Nicholas Boerma** | | | | 350.00 |
| Account No. **xxxxx6820** <br><br> **Swedish American Medical Group** <br> **P.O. Box 1567** <br> **Rockford, IL 61110-0067** | | J | **Medical bills for Alexis Watson** | | | | 140.00 |

Sheet no. __**29**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

4,074.56

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Todd W. Kudlacik,**
        **Connie M. Kudlacik**                                          Case No. _____

_____,
                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxx3807**<br><br>**Swedish American Medical Group**<br>**P.O. Box 1567**<br>**Rockford, IL 61110-0067** | | H | **Medical bills** | | | | **24,720.31** |
| Account No. **xx0883**<br><br>**Swedish American Medical Group**<br>**P.O. Box 1567**<br>**Rockford, IL 61110-0067** | | H | **Medical bills** | | | | **89.00** |
| Account No. **xxxxx7667**<br><br>**Swedish American Medical Group**<br>**P.O. Box 1567**<br>**Rockford, IL 61110-0067** | | J | **Medical bills** | | | | **582.00** |
| Account No. **xxxxxx0083**<br><br>**United Credit Service**<br>**15 N Lincoln St**<br>**Elkhorn, WI 53121** | | H | **Opened  5/18/09  Last Active  3/01/12**<br>**Collection Rock River Water Reclamation D** | | | | **281.00** |
| Account No. **xxxxxx0040**<br><br>**United Credit Service**<br>**15 N Lincoln St**<br>**Elkhorn, WI 53121** | | H | **Opened  2/16/11  Last Active  3/01/12**<br>**Collection Rock River Water Reclamation D** | | | | **187.00** |

Sheet no. __**30**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**25,859.31**

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd W. Kudlacik,**
      **Connie M. Kudlacik**
                                                                              Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. **xxxxxx0059** United Credit Service 15 N Lincoln St Elkhorn, WI 53121 | | H | | Opened  9/16/09  Last Active  3/01/12 Collection Rock River Water Reclamation D | | | | 174.00 |
| Account No. **xxxxxxx0018** United Credit Service 15 N Lincoln St Elkhorn, WI 53121 | | H | | Opened  9/16/11  Last Active  3/01/12 Collection Rock River Water Reclamation D | | | | 100.00 |
| Account No. **xxxxxx0152** United Credit Service 15 N Lincoln St Elkhorn, WI 53121 | | J | | Opened  5/17/10  Last Active  3/01/12 Collection Rock River Water Reclamation D | | | | 322.00 |
| Account No. **xxxxxx0109** United Credit Service 15 N Lincoln St Elkhorn, WI 53121 | | J | | Opened  2/04/10  Last Active  3/01/12 Collection Rock River Water Reclamation D | | | | 271.00 |
| Account No. **xxxxxx0040** United Credit Service 15 N Lincoln St Elkhorn, WI 53121 | | J | | Opened  3/16/10  Last Active  3/01/12 Collection Rock River Water Reclamation D | | | | 143.00 |

Sheet no. __31__ of __32__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,010.00

B6F (Official Form 6F) (12/07) - Cont.

In re **Todd W. Kudlacik,**
　　　**Connie M. Kudlacik**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　，

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx0128**<br><br>**United Credit Service**<br>**15 N Lincoln St**<br>**Elkhorn, WI 53121** | | J | **Opened 5/17/10 Last Active 3/01/12**<br>**Collection Rock River Water Reclamation D** | | | | 103.00 |
| Account No. **xxxxx0086**<br><br>**US Cellular**<br>**PO Box 0203**<br>**Palatine, IL 60055-0203** | | H | **Telephone service** | | | | 617.19 |
| Account No. **xxx8973**<br><br>**West Asset Management**<br>**2703 N. Highway 75**<br>**Sherman, TX 75090** | | H | **NOTICE ONLY - Collector for Infinity Healthcare** | | | | 0.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**32**__ of __**32**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | 720.19 |
| Total (Report on Summary of Schedules) | 389,732.41 |

B6G (Official Form 6G) (12/07)

In re  **Todd W. Kudlacik,**  Case No. _____
      **Connie M. Kudlacik**

_____,
Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re     **Todd W. Kudlacik,**
       **Connie M. Kudlacik**

Case No. _____

_____,
Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |
| **Nicholas Boerma** | **State Bank Of Davis**<br>**100 Route 75**<br>**Davis, IL 61019** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2012 - CCH INCORPORATED - www.bestcase.com

B6I (Official Form 6I) (12/07)

In re    **Todd W. Kudlacik**
**Connie M. Kudlacik**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Car hauler** | **Quality Control** |
| Name of Employer | **Jack Cooper Transport Co., Inc.** | **Gunite Corporation** |
| How long employed | **2 months** | **3 months** |
| Address of Employer | **Kansas City, MO** | **302 Peoples Avenue**<br>**Rockford, IL 61104** |

| INCOME:  (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **6,500.00** | $ | **2,282.44** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **240.00** |
| | | | | |
| 3. SUBTOTAL | $ | **6,500.00** | $ | **2,522.44** |
| | | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **1,750.00** | $ | **685.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **52.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **1,802.00** | $ | **685.00** |
| | | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **4,698.00** | $ | **1,837.44** |
| | | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| | | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **0.00** |
| | | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **4,698.00** | $ | **1,837.44** |
| | | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | **6,535.44** | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **Todd W. Kudlacik**
**Connie M. Kudlacik**
_____
Debtor(s)

Case No. _____

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 900.00 |
| a. Are real estate taxes included?           Yes ___       No  **X** | | |
| b. Is property insurance included?           Yes ___       No  **X** | | |
| 2. Utilities:     a. Electricity and heating fuel | $ | 225.00 |
|      b. Water and sewer | $ | 32.00 |
|      c. Telephone | $ | 230.00 |
|      d. Other  **Direct TV/Comcast** | $ | 260.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 1,200.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 125.00 |
| 8. Transportation (not including car payments) | $ | 1,000.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|      a. Homeowner's or renter's | $ | 0.00 |
|      b. Life | $ | 0.00 |
|      c. Health | $ | 0.00 |
|      d. Auto | $ | 129.00 |
|      e. Other  **See Detailed Expense Attachment** | $ | 123.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|      (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|      a. Auto | $ | 0.00 |
|      b. Other | $ | 0.00 |
|      c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other | $ | 0.00 |
| Other | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,499.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a.   Average monthly income from Line 15 of Schedule I | $ | 6,535.44 |
| b.   Average monthly expenses from Line 18 above | $ | 4,499.00 |
| c.   Monthly net income (a. minus b.) | $ | 2,036.44 |

**B6J (Official Form 6J) (12/07)**

In re   **Todd W. Kudlacik**
      **Connie M. Kudlacik**                                          Case No. _____
Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Insurance Expenditures:**

| | | |
|---|---|---:|
| **Water softener** | $ | **23.00** |
| **Pet Care and Pet Food** | $ | **100.00** |
| **Total Other Insurance Expenditures** | $ | **123.00** |

5/03/12 1:57PM

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Todd W. Kudlacik**
      **Connie M. Kudlacik**

Debtor(s)

Case No.

Chapter   **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **50**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **May  3, 2012**

Signature   **/s/ Todd W. Kudlacik**

           **Todd W. Kudlacik**
           Debtor

Date  **May  3, 2012**

Signature   **/s/ Connie M. Kudlacik**

           **Connie M. Kudlacik**
           Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Todd W. Kudlacik**
         **Connie M. Kudlacik**                                           Case No.
_____
                                    Debtor(s)              Chapter       **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$4,561.20** | **Year-to-date 2012 gross income through April 20, 2012** |
| **$30,000.00** | **2011 approximate joint gross income** |
| **$8,000.00** | **2010 approximate joint gross income** |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|               AMOUNT               |               SOURCE               |

### 3. Payments to creditors

None
■

***Complete a. or b., as appropriate, and c.***

a.   *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments to either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **State Bank of Davis v. TK Investment, et al, 2010 CH 1394** | **Rental property foreclosure** | **Seventeenth Judicial Circuit, Winnebago County, Illinois** | **Pending** |
| **State bank of Davis v. Nicholas Boerma, et al, 2010 CH 1393** | **Rental property foreclosure** | **Seventeenth Judicial Circuit, Winnebago County, Illinois** | **Pending** |
| **State Bank of Davis v. Todd Kudlacik, et al, 2009 LM 1118** | **Commercial Replevin** | **Seventeenth Judicial Circuit, Winnebago County, Illinois** | **Pending** |
| **Byron Bank v. Todd Kudlacik, et al., 2008 CH 1921** | **Rental property foreclosure** | **Seventeenth Judicial Circuit, Winnebago County, Illinois** | **Pending** |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Kitzman's Ltd. v. Todd Kudlacik, 2008 SC 951** | **Small Claims collection action** | **Seventeenth Judicial Circuit, Winnebago County, Illinois** | **Pending** |

None ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 5. Repossessions, foreclosures and returns

None ■    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■    b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■    List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■    List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **BARRICK SWITZER LAW OFFICE**<br>**6833 Stalter Drive**<br>**Rockford, IL 61108** | **April 11, 2012 - May 3, 2011** | **$3,306.00; $1,306.00 remains**<br>**due and owing for**<br>**post-petition fees** |

**10. Other transfers**

None
☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Dean Crabtree**<br>**South Beloit, IL 61080** | **August 2011** | **Car hauler traded for 1993 Corvette; no**<br>**additional monies received by Debtors** |
| **James Austin**<br>**Rockton, IL** | **December 2011** | **1993 Corvette sold for $6,000.00** |

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 1228 N. Court Street, Rockford, IL | Same | 2010 |
| 315 Morningside Drive, Rockford, IL 61108 | Same | 2010-2011 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
☐    a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **TK Invesment Group, LLC** | | **3600 E. State Street Suite 211 Rockford, IL** | **Real Estate Investment and Management** | **2008-2011** |
| **TK Properties** | | **3600 E. State Street Suite 211 Rockford, IL** | **Real Estate Investment and Management** | **1992-2009** |

None
■    b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

     The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

     *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **N.A.** | |

None
■    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|------|---------|-------------------------|

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|------|---------|

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|------------------|-------------|

## 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|-------------------|----------------------|------------------------------------------------------------------|

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|-------------------|------------------------------------------------------|

## 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|------------------|--------------------|------------------------|

None ■ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|------------------|-------|------------------------------------------|

## 22 . Former partners, officers, directors and shareholders

None ■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|------|---------|--------------------|

None ■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|------------------|-------|---------------------|

## 23 . Withdrawals from a partnership or distributions by a corporation

None ■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|------------------------------------------------------|--------------------------------|------------------------------------------------------|

**24. Tax Consolidation Group.**

None ■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None ■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **May  3, 2012**                    Signature  **/s/ Todd W. Kudlacik**
                                                      **Todd W. Kudlacik**
                                                      Debtor

Date  **May  3, 2012**                    Signature  **/s/ Connie M. Kudlacik**
                                                      **Connie M. Kudlacik**
                                                      Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Todd W. Kudlacik**
     **Connie M. Kudlacik** _____

                                  Debtor(s)

Case No. _____

Chapter    **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Commercial Real Estate loan secured by 609, 1601, 1613 and 1619 Kishwaukee Street, Rockford, IL** |

Property will be (check one):
    ■ Surrendered                   ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt            ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 2111 Van Wie Avenue, Rockford, IL** |

Property will be (check one):
    ■ Surrendered                   ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt            ☐ Not claimed as exempt

B8 (Form 8) (12/08)

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 910 Hoban Avenue, Rockford, IL** |

Property will be (check one):

■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                            ☐ Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 1406 N. Court Street, Rockford, IL** |

Property will be (check one):

■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                            ☐ Not claimed as exempt

| Property No. 5 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 2238 9th Street, Rockford, IL** |

Property will be (check one):

■ Surrendered                            ☐ Retained

If retaining the property, I intend to (check at least one):

☐ Redeem the property
☐ Reaffirm the debt
☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

■ Claimed as Exempt                            ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                    Page 3

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 2124 11th**<br>**Street, Rockford, IL** |

Property will be (check one):

■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                          □ Not claimed as exempt

| Property No. 7 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 3223**<br>**Parkside Avenue, Rockford, IL** |

Property will be (check one):

■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                          □ Not claimed as exempt

| Property No. 8 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 2201 School**<br>**Street, Rockford, IL** |

Property will be (check one):

■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
    □ Redeem the property
    □ Reaffirm the debt
    □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                          □ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 4

| Property No. 9 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 503 16th Avenue, Rockford, IL** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

| Property No. 10 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Conventional/Real Estate Mortgage secured by 227 Stewart Avenue, Rockford, IL** |

Property will be (check one):

■ Surrendered                              ☐ Retained

If retaining the property, I intend to (check at least one):
  ☐ Redeem the property
  ☐ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
  ■ Claimed as Exempt                    ☐ Not claimed as exempt

B8 (Form 8) (12/08)

Page 5

| Property No. 11 | |
|---|---|
| **Creditor's Name:**<br>**State Bank Of Davis** | **Describe Property Securing Debt:**<br>**Real Estate loan secured by 3127 W. State Street, Rockford,**<br>**IL** |

Property will be (check one):

■ Surrendered                             ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                     ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11<br>U.S.C. § 365(p)(2):<br>☐ YES          ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **May  3, 2012**       Signature  **/s/ Todd W. Kudlacik**
                                  **Todd W. Kudlacik**
                                  Debtor

Date   **May  3, 2012**       Signature  **/s/ Connie M. Kudlacik**
                                  **Connie M. Kudlacik**
                                  Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re    **Todd W. Kudlacik** <br>       **Connie M. Kudlacik**                              Case No.

                                                  Debtor(s)                 Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,000.00 |
| Prior to the filing of this statement I have received | $ | 1,694.00 |
| Balance Due | $ | 1,306.00 |

2.   The source of the compensation paid to me was:

     ■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor      ☐ Other (specify):

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
          **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
          **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **May  3, 2012**                      **/s/ Jason H. Rock**

                                                 **Jason H. Rock**
                                                 **BARRICK SWITZER LAW OFFICE**
                                                     **6833 Stalter Drive**
                                                     **Rockford, IL 61108**

B 201A (Form 201A) (11/11)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

  Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

  After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $46 administrative fee: Total fee $1046)

  Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

  Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

### 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

  A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

| | | | |
|---|---|---|---|
| In re | **Todd W. Kudlacik** | Case No. | |
| | **Connie M. Kudlacik** | | |
| | Debtor(s) | Chapter | **7** |

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| | | | |
|---|---|---|---|
| **Todd W. Kudlacik** | | X **/s/ Todd W. Kudlacik** | **May  3, 2012** |
| **Connie M. Kudlacik** | | Signature of Debtor | Date |
| Printed Name(s) of Debtor(s) | | | |
| | | X **/s/ Connie M. Kudlacik** | **May  3, 2012** |
| Case No. (if known) | | Signature of Joint Debtor (if any) | Date |

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com                                                            Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Illinois

In re  **Todd W. Kudlacik**
       **Connie M. Kudlacik**

Case No. _____

Debtor(s)

Chapter  **7**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ **177**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:  **May  3, 2012**

**/s/ Todd W. Kudlacik**
**Todd W. Kudlacik**
Signature of Debtor

Date:  **May  3, 2012**

**/s/ Connie M. Kudlacik**
**Connie M. Kudlacik**
Signature of Debtor

A Alliance Collection
4180 Rfd Route 83 Ste 20
Long Grove, IL 60047


A.R.M. Solutions, Inc.
PO Box 292
Camarillo, CA 93011-2929


Aba
300 1/2 South 2nd
Clinton, IA 52733


Account Recovery Services, Inc.
PO Box 2526
Loves Park, IL 61132


Alliance One Inc
8589 Aero Drive
San Diego, CA 92123


Allied Business Accounts, Inc.
300 1/2 South 2nd Street
PO Box 1600
Clinton, IA 52733-1230


ALW Sourcing, LLC
1804 Washington Blvd.
Baltimore, MD 21230


Amcore Bank N A
501 7th St
Rockford, IL 61104


Assetcare, Inc.
PO Box 15380
Wilmington, DE 19850-5380


Associated Collectors Inc.
P.O. Box 816
Janesville, WI 53545-2913


Associated Collectors Inc.
P.O. Box 816
Janesville, WI 53545-2913

ATG Credit LLC
P.O. Box 14895
Chicago, IL 60614-4895


ATG Credit LLC
P.O. Box 14895
Chicago, IL 60614-4895


Attorney Craig Willette
1318 East State Street
Rockford, IL 61104


Attorney James M. Allen
Hinshaw & Culbertson, LLP
100 Park Avenue, PO Box 1389
Rockford, IL 61105-1389


Attorney Shawn Fulbright
P.O. Box 1510
Rockford, IL 61110-0010


Bureau of Recovery, LLC
7700 Irvine Center Drive
Suite 825
Irvine, CA 92618


Byron Bank
P.O. Box 901
Byron, IL 61010-0901


City of Rockford
425 East State Street
Rockford, IL 61104


ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111


Commonwealth Financial
237 N Main Street
Dickson City, PA 18519


Commonwealth Financial
237 N Main Street
Dickson City, PA 18519

Commonwealth Financial
237 N Main Street
Dickson City, PA 18519

Commonwealth Financial
237 N Main Street
Dickson City, PA 18519

Convergent Healthcare Recoveries
PO Box 805184
Dept. 0102
Kansas City, MO 64180-5184

Crd Prt Asso
One Galleria Tower
13355 Noel Road S
Dallas, TX 75240

Credit Management Control
PO Box 1654
Green Bay, WI 54305

Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615

Creditors Protection Service
202 W. State St. Ste., 300
PO Box 4115
Rockford, IL 61110-0615

Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615

Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615

Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615

Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615


Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615


Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615


Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615


Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615


Creditors Protection Service
202 W. State St., Ste. 300
PO Box 4115
Rockford, IL 61110-0615


Discover Financiaql Service LLC
P.O. Box 15316
Wilmington, DE 19850-5316


Diversified Adjustment Service, Inc
600 Coon Rapids Blvd.
Coon Rapids, MN 55433


Eagle Recovery Associates, Inc.
424 SW Washington Street
3rd Floor
Peoria, IL 61602


Edgebrook Dermatology, PC
PO Box 1686
Rockford, IL 61110-0186

Emc Mortgage
Po Box 293150
Lewisville, TX 75029


Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256


Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256


Erie Insurance
100 Erie Insurance Place
Erie, PA 16530


Firestone Complete Auto Care
1615 South Alpine Road
Rockford, IL 61108


Firstsource Advantage
7650 Magna Dr
Belleville, IL 62223


Forest City Diagnostic Imaging Corp
9960 W. 191st Street, Suite A
Mokena, IL 60448


Founders Insurance Company
1645 E. Birchwood Avenue
Des Plaines, IL 60018-3003


H E Stark Agency
6425 Odana Rd
Madison, WI 53719


Hillcrest Animal Hospital
227 N. Alpine Road
Rockford, IL 61107


I.C. System, Inc.
444 Highway 96 East
P.O.l Box 64437
Saint Paul, MN 55164-0437

Illinois Dept. of Human Services
Cash Management Unit
100 South Grand Avenue
Springfield, IL 62762


Infinity Healthcare Physicians, PC
PO Box 3261
Milwaukee, WI 53201-3261


Infinity Healthcare Physicians, PC
PO Box 3261
Milwaukee, WI 53201-3261


Infinity Healthcare Physicians, PC
PO Box 3261
Milwaukee, WI 53201-3261


Infinity Healthcare Physicians, PC
PO Box 3261
Milwaukee, WI 53201-3261


Infinity Healthcare Physicians, PC
PO Box 3261
Milwaukee, WI 53201-3261


Infinity Healthcare Physicians, PC
PO Box 3261
Milwaukee, WI 53201-3261


Internal Revenue Service
Cincinnati, OH 45999-0038


KSB Hospetal
PO Box 737
Dixon, IL 61021-0737


McDonald Chiropractic Clinic
PO Box 16141
Loves Park, IL 61132


Multi-Township EMS Corp.
PO Box 736
Warsaw, IN 46581-0736

Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777


Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777


Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777


Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777


Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777


Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777


Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777


Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777


Mutual Management Services, Inc.
401 East State Street, 2nd Floor
P.O. Box 4777
Rockford, IL 61110-4777

Nationwide
5503 Cherokee Av S
Alexandria, VA 22312


Nationwide
5503 Cherokee Av S
Alexandria, VA 22312


Nationwide Credit Corp
5503 Cherokee Ave
PO Box 9156
Alexandria, VA 22312


NCC
245 Main Street
Dickson City, PA 18519-1641


NCC
245 Main Street
Dickson City, PA 18519-1641


NCO Financial Systems
P.O Box 15391
Wilmington, DE 19850-5391


NCO Financial Systems
P.O. Box 17095
Wilmington, DE 19850-7095


NCO Financial Systems
P.O. Box 17095
Wilmington, DE 19850-7095


Nicholas Boerma


Nicor Gas
PO Box 0632
Aurora, IL 60507-0632


Nicor Gas
PO Box 310
Aurora, IL 60507-0310

Northern Illinois Imaging
PO Box 1790
Brookfield, WI 53008-1790


OSF Lifeline Ambulance, LLC
318 Roxbury Road
Rockford, IL 61107-5090


OSF Medical Group
PO Box 91011
Chicago, IL 60680-8807


OSF St. Anthony Medical Center
PO Box 5065
Rockford, IL 61125-0065


Penn Credit
916 S. 14th Street
PO Box 988
Harrisburg, PA 17108-0988


Professional Recovery Consultants
PO Box 51187
Durham, NC 27717-1187


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085

```
R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R & B Receivables Management
860 S. Nothpoint Blvd.
Waukegan, IL 60085


R.M.S.
77 Hartland Street, Suite 401
PO Box 280431
East Hartford, CT 06128-0431


Radiology Consultants of Rockford
P.O. Box 4542
Rockford, IL 61110-4542


Radiology Consultants of Rockford
P.O. Box 4542
Rockford, IL 61110-4542
```

Regina B. Bielkus MD LLC
PO Box 967
Tinley Park, IL 60477-0967


Rock River Disposal
PO Box 554044
Detroit, MI 48255-4044


Rockford Anesthesiologists
PO Box 4569
Rockford, IL 61110-4569


Rockford Associated Pathologists
PO Box 71082
Chicago, IL 60694-1082


Rockford Cardiovascular Associates
P.O. Box 8410
Rockford, IL 61126-8410


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108

Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Mercantile
2502 S Alpine Rd
Rockford, IL 61108


Rockford Open MRI
PO Box 3090
Dept. 5298
Milwaukee, WI 53201


Rockford Radiology Assoc.
P.O. Box 1790
Brookfield, WI 53008-1790


Second Round Lp
4150 Friedrich Lane Suit
Austin, TX 78744


Secura Insurance Companies
PO Box 819
Appleton, WI 54912-0819

```
Sprint
P.O. Box 4191
Carol Stream, IL 60197-4191


St Bk Davis
100 Rte 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019
```

State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


State Bank Of Davis
100 Route 75
Davis, IL 61019


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283

```
Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283
```

Swedish American Hospital
PO Box 310283
Des Moines, IA 50331-0283


Swedish American Medical Group
P.O. Box 1567
Rockford, IL 61110-0067


Swedish American Medical Group
P.O. Box 1567
Rockford, IL 61110-0067


Swedish American Medical Group
P.O. Box 1567
Rockford, IL 61110-0067


Swedish American Medical Group
P.O. Box 1567
Rockford, IL 61110-0067


Swedish American Medical Group
P.O. Box 1567
Rockford, IL 61110-0067


United Credit Service
15 N Lincoln St
Elkhorn, WI 53121


United Credit Service
15 N Lincoln St
Elkhorn, WI 53121


United Credit Service
15 N Lincoln St
Elkhorn, WI 53121


United Credit Service
15 N Lincoln St
Elkhorn, WI 53121


United Credit Service
15 N Lincoln St
Elkhorn, WI 53121

```
United Credit Service
15 N Lincoln St
Elkhorn, WI 53121


United Credit Service
15 N Lincoln St
Elkhorn, WI 53121


United Credit Service
15 N Lincoln St
Elkhorn, WI 53121


US Cellular
PO Box 0203
Palatine, IL 60055-0203


West Asset Management
2703 N. Highway 75
Sherman, TX 75090
```